JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Malibu Media, LLC

### DEFENDANTS
JOHN DOE subscriber assigned IP address 72.92.86.190

**(b)** County of Residence of First Listed Plaintiff   Los Angeles County, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Montgomery County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Fiore & Barber, LLC, 425 Main Street, Suite 200, Harleysville, PA, 19438
(215) 256-0205

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. §101
Brief description of cause:
Copyright Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 150,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 5/20/13
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Malibu Media, LLC | : | CIVIL ACTION |
| v. | : | |
| John Doe subscriber assigned IP 72.92.86.190 | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

| | | |
|---|---|---|
| 5/22/13 | Christopher P. Fiore | Plaintiff |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 256-0205 | (215) 256-9205 | CFiore@FioreBarber.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: **409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015**

Address of Defendant: **John Doe subscriber assigned IP address 72.92.86.190 - Ambler, PA**

Place of Accident, Incident or Transaction: **All infringements occurred within this jurisdictional district.**
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐   No☒

Does this case involve multidistrict litigation possibilities?     Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, **Christopher P. Fiore**, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 5/10/13           _____           83018
                        Attorney-at-Law                    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____      _____           _____
                        Attorney-at-Law                    Attorney I.D.#

CIV. 609 (5/2012)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :
                              Plaintiff,                        :   Civil Action No. _____
                                                                :
              vs.                                               :
                                                                :
JOHN DOE subscriber assigned IP address                         :
72.92.86.190,                                                   :
                                                                :
                              Defendant.                        :
                                                                :
---------------------------------------------------------------X

## COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT

Plaintiff, Malibu Media, LLC, sues Defendant John Doe subscriber assigned IP address 72.92.86.190, and alleges:

### Introduction

1. This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

2. Defendant is a persistent online infringer of Plaintiff's copyrights. Indeed, Defendant's IP address as set forth on Exhibit A was used to illegally distribute each of the copyrighted movies set forth on Exhibit B.

3. Plaintiff is the registered owner of the copyrights set forth on Exhibit B (the "Copyrights-in-Suit.")

**Jurisdiction And Venue**

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

5. The Defendant's acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore this Court has personal jurisdiction over the Defendant because (a) Defendant committed the tortious conduct alleged in this Complaint in this State, and (i) Defendant resides in this State and/or (ii) Defendant has engaged in substantial and not isolated business activity in this State.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because each Defendant or Defendant's agent resides or may be found in this District.

**Parties**

7. Plaintiff, Malibu Media, LLC, is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.

8. Plaintiff only knows Defendant by his, her or its IP Address. Defendant's IP address is set forth on Exhibit A.

9. Defendant's Internet Service Provider can identify the Defendant.

**Factual Background**

*I.   Defendant Used the BitTorrent File Distribution Network To Infringe Plaintiff's Copyrights*

10. The BitTorrent file distribution network ("BitTorrent") is one of the most common peer-to-peer file sharing venues used for distributing large amounts of data, including, but not limited to, digital movie files.

11. BitTorrent's popularity stems from the ability of users to directly interact with each other in order to distribute a large file without creating a heavy load on any individual source computer and/or network. The methodolgy of BitTorrent allows users to interact directly with each other, thus avoiding the need for intermediary host websites which are subject to DMCA take down notices and potential regulatory enforcement actions.

12. In order to distribute a large file, the BitTorrent protocol breaks a file into many small pieces called bits. Users then exchange these small bits amongst each other instead of attempting to distribute a much larger digital file.

13. After the infringer receives all of the bits of a digital media file, the infringer's BitTorrent client software reassembles the bits so that the file may be opened and utilized.

14. Each bit of a BitTorrent file is assigned a unique cryptographic hash value.

15. The cryptographic hash value of the bit ("bit hash") acts as that bit's unique digital fingerprint. Every digital file has one single possible cryptographic hash value correlating to it. The BitTorrent protocol utilizes cryptographic hash values to ensure each bit is properly routed amongst BitTorrent users as they engage in file sharing.

16. The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie). Once infringers complete downloading all bits which comprise a digital media file, the

BitTorrent software uses the file hash to determine that the file is complete and accurate.

17. Plaintiff's investigator, IPP Limited, established a direct TCP/IP connection with the Defendant's IP address as set forth on Exhibit A.

18. IPP Limited downloaded from Defendant one or more bits of each of the digital movie files identified by the file hashes on Exhibit A.

19. Each of the cryptographic file hashes as set forth on Exhibit A correlates to copyrighted movies owned by Plaintiff as identified on Exhibit B.

20. IPP Limited downloaded from Defendant one of more bits of each file has listed in Exhibit A. IPP Limited further downloaded a full copy of each file hash from the BitTorrent file distribution network and confirmed through independent calculation that the file hash matched what is listed on Exhibit A. IPP Limited then verified that the digital media file correlating to each file hash listed on Exhibit A contained a copy of a movie which is identical (or alternatively, strikingly similar or substantially similar) to the movie associated with that file hash on Exhibit A. At no time did IPP Limited upload Plaintiff's copyrighted content to any other BitTorrent user.

21. IPP Limited downloaded from Defendant one or more bits of each digital media file as identified by its hash value on Exhibit A. The most recent TCP/IP connection between IPP and the Defendant's IP address for each file hash listed on Exhibit A is included within the column labeled Hit Date UTC. UTC refers to Universal Time which is utilized for air traffic control as well as computer forensic purposes.

22. An overview of the Copyrights-in-Suit, including each hit date, date of first publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

4

23.     IPP Limited has also engaged in enhanced surveillance of other digital media files being distributed by Defendant. The results of this more intensive surveillance are outlined in Exhibit C. The Copyrights-in-Suit are solely limited to content owned by Plaintiff as outlined in Exhibit B. Exhibit C is provided for evidentiary purposes only.

24.     As the subscriber in control of the IP address being used to distribute Plaintiff's copyrighted movies, Defendant is the most likely infringer. Consequently, Plaintiff hereby alleges Defendant is the infringer. Plaintiff has included as Exhibit D a solicitation of exculpatory evidence in the event that Defendant chooses to deny the allegations.

25.     Defendant is the only person who can be identified as the infringer at this time.

## Miscellaneous

26.     All conditions precedent to bringing this action have occurred or been waived.

27.     Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

## COUNT I
## Direct Infringement Against Defendant

28.     The allegations contained in paragraphs 1-27 are hereby re-alleged as if fully set forth herein.

29.     Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

30.     By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

31.     Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

32. As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A) Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B) Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C) Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D) Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33. Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A) Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B) Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C) Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D) Award Plaintiff statutory damages in the amount of $150,000 per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E) Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F) Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

FIORE & BARBER, LLC

By: _____
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email: cfiore@fiorebarber.com

## File Hashes for IP Address 72.92.86.190

**ISP:** Verizon FiOS
**Physical Location:** Ambler, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/11/2013 21:07:42 | 8347F054CEFAF38A95435CA9C94F2B1DDD2D27AF | Slow Motion |
| 03/26/2013 23:10:52 | 5C484A7003F92598EEDF762092D0C7D41CD794E9 | Yoga Master and Student |
| 03/26/2013 22:57:12 | B085F73211227C267D392236969618D43E8C6C49 | Connie True Love |
| 03/26/2013 22:50:06 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 03/26/2013 22:38:23 | FFED3465CB0EEF5A3227424C8B0D31CF63BF76DB | Black and White |
| 03/26/2013 22:25:10 | 65FE8BDB2A66827CB26D689DE18486DEC3B8AEC7 | Late for Work |
| 03/26/2013 22:21:30 | E9888EFD9A8CD2B243FF9F4F7428FF0310049484 | Afternoon Snack |
| 03/26/2013 22:16:04 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 03/26/2013 22:14:43 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 03/26/2013 22:07:19 | 229D233BDEBFCB6186E189C9B1B9FB3951855745 | After Hours |
| 03/26/2013 21:25:12 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 03/26/2013 21:00:35 | 6970F9BD4DD7399AA906AF8903F1D9D0BD83C05B | Circles of Bliss |
| 03/19/2013 09:40:51 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 03/19/2013 09:22:42 | 2834E4C4B376E6F2BAF4DC501C93E0CF4F2AB6F3 | Spilled Milk |
| 03/19/2013 08:24:36 | E6294783973F73A65725A7646BD3040EFB35C790 | Leila Sex on the Beach |
| 03/19/2013 08:17:34 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 03/19/2013 08:07:02 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love |
| 03/19/2013 06:57:30 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 03/18/2013 02:10:47 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 03/15/2013 01:04:25 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 03/09/2013 08:42:00 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 03/02/2013 10:24:50 | 5A353F323DFDDB90699C3E4F451CD22CF798F873 | Leila Faye Awesome Threesome |

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

EPA151

Copyrights-In-Suit for IP Address 72.92.86.190

**ISP:** Verizon FiOS
**Location:** Ambler, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2012 | 03/26/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/26/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/26/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/26/2013 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 03/26/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 03/19/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/26/2013 |
| Leila Faye Awesome Threesome | PA0001776804 | 02/02/2011 | 02/21/2012 | 03/02/2013 |
| Leila Sex on the Beach | PA0001762083 | 12/22/2010 | 11/21/2011 | 03/19/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/26/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 03/09/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 03/26/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/19/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 03/26/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 03/15/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/11/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/19/2013 |
| Tiffany Teenagers in Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 03/19/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 03/26/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 03/19/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 03/26/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 03/18/2013 |

EXHIBIT B

EPA151

Total Malibu Media, LLC Copyrights Infringed: 22

EXHIBIT B

EPA151

**Expanded Surveillance of IP Address 72.92.86.190**

**ISP:** Verizon FiOS
**Location:** Ambler, PA

| Hit Date UTC | Filename |
| --- | --- |
| 04/24/2013 | Teens With Tits 16 XXX DVDRip NEW (2013).mp4 |
| 04/24/2013 | 2k |
| 04/23/2013 | Crystal Ball - 2005 - Time Walker |
| 04/23/2013 | The ABCs of Death   2013 DVDRip Xvid x264-ENYER |
| 04/23/2013 | TeenBurg.Sanita |
| 04/23/2013 | Too.Big.For.Teens.11.XXX.DVDRiP.x264-DivXfacTory[rarbg] |
| 04/23/2013 | Party Girls |
| 04/23/2013 | kmd-pvrg.mp4 |
| 04/23/2013 | Sauna.Girls.XXX.DVDRip.XviD-Jiggly |
| 04/23/2013 | Jumbo Muschis und Teenie Titten.avi |
| 04/23/2013 | Chubby Teens #1.avi |
| 04/23/2013 | Tiny_Tit_Teens_5_XXX_DVDRip_[torrents.ru] |
| 04/23/2013 | Purzel.Video.German.Girls.2 |
| 04/23/2013 | Teens.In.Tight.Jeans.3.2013.XXX.DVDRip.x264-Pr0nStarS |
| 04/23/2013 | Teen.Cum.Dumpsters.3.XXX.DVDRiP.XviD-DivXfacTory |
| 04/23/2013 | Teenage Inzest.avi |
| 04/23/2013 | xxxHOLiC Drama - 07 (WOWOW 1920x1080 MPEG2 AAC).ts |
| 04/22/2013 | Teatrietendus. Augustikuu teemaja.mp4 |
| 04/22/2013 | Windows 8 Start Screen Customizer v1.3.6 |
| 04/22/2013 | Brazzers.Live.1.XXX.720p.MP4-IEVA[rbg] |
| 04/22/2013 | GirlsDoPorn.E200.21.Years.Old.XXX.720p.WMV-KTR[rarbg] |
| 04/22/2013 | prnfle1975x.mp4 |

EXHIBIT C

| Hit Date UTC | filename |
|---|---|
| 04/22/2013 | Escapee (V.O.S.E) 2011 DVDRip Xvid Mp3 Amelina.avi |
| 04/22/2013 | Norton Antivirus 2013 + Key.zip |
| 04/16/2013 | WowPorn - Cream My Pretty Face - Staci [720p].mp4 |
| 04/16/2013 | Trinity.St.Clair.Cum.All.Over.Her.tits.Tugjobs.2013.HD_iyutero.com.mp4 |
| 04/16/2013 | full_moon_big.mp4 |
| 04/16/2013 | Tight Lil Teen Sluts 3 XXX DVDRip NW (2013).mp4 |
| 04/16/2013 | Moxy Früvous |
| 04/16/2013 | ps-teenrebel.mp4 |
| 04/16/2013 | Best_Of_Teenie3.avi |
| 04/16/2013 | Teens.Like.It.Big.2.XXX.DVDRip.XviD-FLESHLiGHT |
| 04/16/2013 | Private - Anal Russian Teens Love Creampies [720p].mp4 |
| 04/16/2013 | The.Knights.of.Prosperity.S01E08.HDTV.XviD-XOR |
| 04/16/2013 | Teens O Poppin 4 |
| 04/16/2013 | Alyssa_Cream_My_Belly_SD-chkm8te.mp4 |
| 04/16/2013 | [RevA]_Pale_Cocoon_[E2B44CEA].avi |
| 04/16/2013 | Paperboy (2012) FRENCH DVDRip XviD - PublicHD |
| 04/16/2013 | Cream.In.My.Teen.3.XXX.DVDRip.x264-XCiTE |
| 04/16/2013 | TugJobHoneys.13.01.09.Melanie.Hicks.Amazing.Tits.XXX.720p.MP4-KTR |
| 04/16/2013 | The Best Of Lusty Teens 2 (2006) (Seventeen Video) (756MB) |
| 04/15/2013 | sma-669.wmv |
| 04/15/2013 | Gmail Notifier Pro V4.5.1 Setup with KeyGen.rar |
| 04/15/2013 | Melanie_Rios_Karupsha.mp4 |
| 04/15/2013 | handjob hunnies 8[SILVERDUST] |
| 04/15/2013 | Tugjobs.13.02.04.Man.Handled.By.Eva.Karera.XXX.720p.x264-SEXORS[rarbg] |
| 04/15/2013 | Cream.Pie.Hunnies.2.XXX |
| 04/15/2013 | Tugjobs.13.01.28.Rachel.Starr.Tugs.It.XXX.720p.x264-SEXORS |

EPA151                                              EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 04/15/2013 | rm11437_1500.mp4 |
| 04/15/2013 | Handjob.Hunnies.6.XXX.WEBRIP.x264-SBT[rarbg] |
| 04/15/2013 | WifeCrazy.13.03.22.Coconut.Oil.Handjob.XXX.WMV-YAPG[rarbg] |
| 04/12/2013 | Nitca_Nubiles_Hardcore.avi |
| 04/12/2013 | Savina_Nubiles_Hardcore.avi |
| 04/12/2013 | 100% Pure Amateur Teens #18 |
| 04/12/2013 | Shes.Only.18.6.XXX.DVDRip.x264-UPPERCUT |
| 04/12/2013 | X-Art - Slow Motion - Erica [1080p].mov |
| 04/12/2013 | WowGirls - Eastern Treasure - Leila [1080p].mp4 |
| 04/12/2013 | Sabrina_Taylor_Nubiles_Hardcore.avi |
| 04/12/2013 | WowGirls - Horny Fuck After School - Paula Shy [720p].mp4 |
| 04/12/2013 | LollyPop - Love These Lips.mp4 |
| 04/12/2013 | Erica_SD.mp4 |
| 04/12/2013 | RealExGirlfriends - Freaky Ex With Perfect Body - Victoria Rae Black.mp4 |
| 04/12/2013 | Misti_Love_Nubiles_Hardcore.avi |
| 04/12/2013 | BangBus - Only 18 about to film her first porno without knowing it - Gulliana Alexis.mp4 |
| 04/12/2013 | WowGirls.13.03.31.Anita.E.Exposing.My.Kitty.XXX.1080p.MP4-KTR[rarbg] |
| 04/12/2013 | WowGirls - Lesbian Dreams - Denisa Heaven.Milagres |
| 04/12/2013 | Aimee Ryan_Nikol_Awesome_Threesome_SD.mp4 |
| 04/12/2013 | Riley.Reid.Staci.Fruity.Cuties.WowGirls.2013.HD_iyutero.com.mp4 |
| 04/12/2013 | WowGirls - Sunday Morning - Anjelica [1080p].mp4 |
| 04/10/2013 | prnfle1950x.avi |
| 04/10/2013 | My.Sexy.Kittens.70.XXX.DVDRip.XviD-UPPERCUT |
| 04/10/2013 | I Came Inside A Black Girl 2012 XXX |
| 04/10/2013 | prnfle1968x |
| 04/10/2013 | Black Nurse Fantasies XXX DVDRip Split |

EXHIBIT C
EPA151