✎ AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 13-2854 | DATE FILED 5/23/2013 | EDPA, 601 MARKET ST., RM. 2609, 601 MARKET ST., PHILA., PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC<br>409 W. OLYMPIC BLVD., STE. 501<br>LOS ANGELES, CA 90015 | JOHN DOE subscriber assigned IP address 72.92.86.190 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED SHEET | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 72.92.86.190

**ISP:** Verizon FiOS
**Location:** Ambler, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2012 | 03/26/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/26/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/26/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/26/2013 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 03/26/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 03/19/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/26/2013 |
| Leila Faye Awesome Threesome | PA0001776804 | 02/02/2011 | 02/21/2012 | 03/02/2013 |
| Leila Sex on the Beach | PA0001762083 | 12/22/2010 | 11/21/2011 | 03/19/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/26/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 03/09/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 03/26/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/19/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 03/26/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 03/15/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/11/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/19/2013 |
| Tiffany Teenagers in Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 03/19/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 03/26/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 03/19/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 03/26/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 03/18/2013 |

EXHIBIT B

EPA151